## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-MJ-549-SH |
| LAURA KAY SAWYER , | |
| Defendant. | |

**Petition for Writ of Habeas Corpus Ad Prosequendum For Cause**

COMES NOW David A. Nasar, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain cause of action wherein the United States of America is plaintiff and in which Laura Kay Sawyer is defendant, and that the same is set for initial appearance at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have Laura Kay Sawyer present at Tulsa, Oklahoma, for initial appearance, forthwith, and for the duration of the above-styled matter.

That Laura Kay Sawyer at this time is a prisoner in the David L. Moss Criminal Justice Center and will not have been released on the date that the initial appearance is scheduled, and that Laura Kay Sawyer is in the charge, custody, and under the control of the Sheriff Vic Regalado of David L. Moss Criminal Justice Center.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum for Cause be issued by this Honorable Court to the Sheriff Vic Regalado of said institution, and that he be directed and required to deliver the body of Laura Kay Sawyer to the United States Marshal for the Northern District of Oklahoma, or a Deputy Marshal, or to any federal law enforcement agent, and that the Marshal, deputy, or agent shall produce and bring the body of Laura Kay Sawyer before this Court in Tulsa, Oklahoma, forthwith, and that upon completion of the above-styled matter, the Marshal, deputy, or agent shall return the body of Laura Kay Sawyer to the aforesaid David L. Moss Criminal Justice Center.

    Respectfully submitted,

    CLINTON J. JOHNSON
    Acting United States Attorney

    */s/ David A. Nasar*
    David A. Nasar, NY Reg. No. 4222568
    Assistant United States Attorney
    110 West 7th Street, Suite 300
    Tulsa, Oklahoma 74119
    (918) 382-2700

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

David A. Nasar, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum for Cause, states that the facts contained therein are true and correct to the best of my knowledge and belief.

/s/ David A. Nasar
Assistant United States Attorney

Subscribed and sworn to before me this   6th   day of  August  , 2021.

/s/ Kimberly M. Jackson
Notary Public

My commission expires:

3/3/2022