# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                    Case No. 21-MJ-549-SH

**LAURA KAY SAWYER,**

    Defendant.

## Writ of Habeas Corpus Ad Prosequendum for Cause

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE:

UNITED STATES MARSHAL, TULSA, OKLAHOMA,
SPECIAL AGENT REBECCA LOEB, and
Sheriff Vic Regalado,
David L. Moss Criminal Justice Center

GREETINGS:

    You are hereby commanded to deliver the body of Laura Kay Sawyer by you imprisoned and now held in your custody and under your control, to the United States Marshal for the Northern District of Oklahoma, or to a Deputy Marshal, or to any federal law enforcement agent, which the United States Marshal, deputy, or agent shall bring the body of Laura Kay Sawyer to the United States District Court for the Northern District of Oklahoma forthwith, in a certain cause wherein the United States of America is plaintiff and Laura Kay Sawyer is defendant, and upon completion of the above-styled matter, the United States Marshal, deputy, or agent shall return Laura Kay Sawyer to the

aforesaid David L. Moss Criminal Justice Center and that thereupon the Marshal, deputy, or agent shall then and there make return of his actions and doings on said writ for cause as provided by law.

Dated this 6th day of August, 2021.

MARK C. McCARTT, Clerk
United States District Court
Northern District of Oklahoma

By: _____
Deputy

DAN/kj