IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| United States of America | Plaintiff(s), | |
| vs. | | Case No.:21-mj-549-SH |
| Laura Kay Sawyer | Defendant(s). | Criminal Information Sheet |

Date: _8/9/2021_    Interpreter: Yes ☐  No ☒

Magistrate Judge Jayne     Deputy Stephanie Cope     USPO J. Basinger
Date of Arrest: _8/9/2021_   Arrested By: _USM_    ☒ Detention Requested by AUSA
Bail Recommendation: Choose an item.    ☐ Unsecured

**Additional Conditions of Release:**
- ☐ a. ☐ b. _____    ☐ l ☐ m ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s
- ☐ c. ☐ d..           ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ e. _____         ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ f. ☐ g. ☐ h. ☐ i. ☐ j.  ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ k. (☐ ii, ☐ ii, ☐ iii)   ☐ w (☐ 1, ☐ 2)   ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   x Yes   No
Defendant's Attorney: _Steve Layman_    ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA: David Nasar, _David Whipple for_

**MINUTES:**

Interpreter: _____ ;   ☐ Sworn

☒ Defendant appears ~~in person~~ for IA on: ☐ Indictment; ☐ Information; ☒ Complaint; ☐ Petition; ☐ Rule 5
  _by video_ with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed;  ☒ Present  ☐ Not Present
Defendant's name **as reflected in the indictment/information/complaint/petition/Rule 5** is the true and correct legal name:
  ☐ Verified in open court
  ☐ Corrected by interlineation to _____
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
  ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____ ; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☐ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☒ Detention Hearing scheduled: _8/13/21_ at _2:00_ a.m./p.m.
☒ Preliminary Exam scheduled: _8/13/21_ at _2:00_ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal:  ☒ Pending further proceeding;  ☐ Pending release on bond for treatment
Mot. for Detention # _6_:  ☐ Granted; ☐ Denied; ☐ Moot   Mot. for Hearing # _7_: ☒ Granted; ☐ Denied; ☐ Moot

**Additional Minutes:** _____