## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                      Plaintiff,

vs.                                                          Case No.: 21-mj-00549-SH

                                                             **ORDER OF TEMPORARY
Laura Kay Sawyer ,                                           DETENTION PENDING HEARING
                                                             PURSUANT TO BAIL REFORM
                                                             ACT**

                                      Defendant(s).

        Upon motion of the United States of America, it is **ORDERED** that a detention

hearing/preliminary hearing is:

        Set on:        8/13/21

        At:            2:00 pm

        Before:    Jodi F. Jayne, U.S. Magistrate Judge

                                                                  by video
        The detention hearing will be held ~~in magistrate courtroom #1 on the 3rd floor of the United~~

~~States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103~~. Pending this hearing, Defendant shall

be held in custody by the United States Marshal. The United States Marshal shall produce Defendant

at the above-described hearing.

        Date: 8/9/2021              _____
                                    Jodi F. Jayne, U.S. Magistrate Judge

Temporary Order of Detention Pending Detention Hearing                    (AO-470 Modified 6/2020)