# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.

Laura Kay Sawyer,

                Defendant(s).

Case No.: 21-mj-00549-SH

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States of America, it is **ORDERED** that a detention hearing/preliminary hearing is:

Set on: 8/13/21
At: 2:00 pm
Before: Jodi F. Jayne, U.S. Magistrate Judge

The detention hearing will be held ~~in magistrate courtroom #1 on the 3rd floor of the United States Courthouse, 333 West Fourth Street, Tulsa, OK, 74103~~ by video. Pending this hearing, Defendant shall be held in custody by the United States Marshal. The United States Marshal shall produce Defendant at the above-described hearing.

Date: 8/9/2021

                                        Jodi F. Jayne, U.S. Magistrate Judge