AO 442 (Rev. 10/13) Arrest Warrant

Received
U.S. Marshals Service

2021 AUG -6 PM 1:02

N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 21-mj-549-SH |
| LAURA KAY SAWYER | ) | |
| Defendant | ) | |
| | ) | |

**FILED**

## ARREST WARRANT

AUG 1 0 2021

To:    Any authorized law enforcement officer

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  LAURA KAY SAWYER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession of Methamphetamine with Intent to Distribute
21 U.S.C. § 846 – Drug Conspiracy
18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Date: 8/5/21 at 10:17 am.

_____
*Issuing officer's signature*

City and state:    Tulsa, Oklahoma

_Susan Huntsman, United States Magistrate Judge_
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  8/6/21  , and the person was arrested on *(date)*  8/9/21 |
| At *(city and state)*  TULSA, OKLAHOMA |
| Date:  8/9/21 |

_____
*Arresting officer's signature*

Rebecca Web  Special Agent
*Printed name and title*

DAN/kj