UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                                    Plaintiff,         Case No.:    21-mj-00549-SH
vs.                                                    Date:        8/13/2021
                                                       Court Time:  2:36pm-2:55pm

Laura Kay Sawyer,
                                                       **MINUTE SHEET – DETENTION AND/OR**
                                    Defendant(s).      **PRELIMINARY HEARING**

Jodi F. Jayne, U.S. Magistrate Judge    S. Cope, Deputy Clerk    Magistrate Courtroom 1

Interpreter: _____  ☐ Sworn
Counsel for Plaintiff: David Nasar
Counsel for Defendant: Stephen G Layman    Appt. ____
Case called for:   ☒ Detention Hearing,  ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel; by video
Defendant waives:   ☐ Preliminary Hearing  ☒ Detention Hearing, waiver(s) executed;
☐ Government withdraws their Motion for Detention # _____;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 6 ):  ☐ granted,  ☐ denied,  ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☐ Bond set at _____ Bond and Conditions of Release executed;
☒ Defendant detained and remanded to custody of U.S. Marshal,   ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.

Additional Minutes:
Preliminary hearing continued to 8/16/21 @ 11:00am in person

Government's Witnesses:                     Defendant's Witnesses:

Government's Exhibits:                      Defendant's Exhibits:

Detention Hearing and/or Preliminary Hearing                                    (8/2021)